IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CRAYTONIA BADGER                                                                    PLAINTIFF

v.                          Civil No. 1:18-cv-01038

SHERIFF MIKE LOE, Columbia
County, Arkansas; CHIEF DEPUTY                                                     DEFENDANTS
DOUG WOOD; INVESTIGATOR
KELLY BLAIR; and SERGEANT SONJA
COLLIER

# JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. (ECF No. 24). Plaintiff filed a Response and a Supplemental Response. (ECF Nos. 26, 32). Defendants have not filed a reply, and their time to do so has passed. *See* Local Rule 7.2(b). The Court finds the matter ripe for consideration.

For the reasons stated in the Court's Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 24) is hereby **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED**, this 31st day of July, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge